**Order entered February 11, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01391-CV

**MARSHA FONTANIVE, Appellant**

**V.**

**CDX HOLDINGS, INC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01736-A**

## ORDER

Before the Court is appellee's February 9, 2015, unopposed motion for extension of time to file appellee's brief. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than April 4, 2015.

/s/     CRAIG STODDART
         JUSTICE